UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| IN RE: CHRISTOPHER EDWARDS ROGERS AND NANA SUZUKI ROGERS | CASE NO. 14-21471 |
| DEBTOR(S) | CHAPTER 13<br>Judge Wise |

### ORDER SUSTAINING MOTION TO INCUR ADDITIONAL DEBT

Debtors have moved this Court for an order authorizing them to incur additional debt to obtain a mortgage to purchase a house after the sale of their current house, and the Court being sufficiently advised, it is ORDERED:

1. The Motion to Incur Additional Debt is APPROVED.

2. Such additional debt shall not be affected by any chapter 13 discharge entered in this case.

3. The chapter 13 trustee shall not be responsible for administering this additional debt.

Pursuant to Local Rule 9022-1, Benjamin N. Wolff, shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1 and shall file with the court a certificate of service of the order upon such parties within 7 days hereof, including the following:

All parties listed on the Court's mailing Matrix
The United States Trustee
Beverly Burden, Trustee
Debtor(s)

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, June 25, 2018**
(tnw)